

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0590-15

**SAMUEL ARRENADO FERRALEZ, a/k/a SAMUEL ARREN FERRALEZ, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE THIRTEENTH COURT OF APPEALS TARRANT COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j), because it does not contain a copy of the opinion of the court of appeals.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: October 14, 2015
Do Not Publish